# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| SHAUN DENNIS ROSARIO, | : No. 106 WM 2017 |
| Petitioner | : |
| v. | : |
| PRESIDENT JUDGE KATHERINE B. EMERY, JUDGE JOHN F. DISALLE, COURT ADMINISTRATOR PATRICK R. GRIMM, | : |
| Respondents | |

## ORDER

**PER CURIAM**

**AND NOW**, this 27th day of February, 2018, 2018, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief are DISMISSED. *See Commonwealth v. Ali*, 10 A.3d 282 (Pa. 2010) (explaining that hybrid representation is impermissible).

The Prothonotary is DIRECTED to forward the filings to counsel of record and to strike the names of the jurists from the caption.